UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROY J. JOHNSON, NANCY C. JOHNSON, <br><br> AND <br><br> MICHAEL AND RAVEN MCCARROLL, AS NEXT FRIENDS OF FELICITY GRACE MCCARROLL, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> ELECTROLUX HOME PRODUCTS, INC., AND LOWE'S HOME IMPROVEMENT, LLC, <br><br> Defendants. | Civil Action No.: 2:09-CV-00142 <br> GREER/SHIRLEY |

## AGREED ORDER REGARDING DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S MOTION FOR LEAVE OF COURT TO TAKE MORE THAN TEN DEPOSITIONS

Come the parties, by and through counsel, and give notice to the Court that they have conferred regarding Electrolux's Motion for Leave of Court to Take More Than Ten Depositions and have agreed to stipulate that Electrolux may take depositions in excess of ten (10). The Court, having considered the grounds set forth in Electrolux's Motion, and upon notification that all counsel of record have consented to the relief requested in the Motion, and as evidenced by their signatures below (with permission), will hereby GRANT the Motion. The Court hereby ORDERS that Electrolux will be allowed to take all of the witnesses' depositions that were requested in Electrolux's Motion.

The parties also agree that they will meet and confer regarding any further depositions that would be in excess of ten (10) pursuant to the Federal Rules of Civil Procedure.

Dated this 19 day of July, 2010.

BY THE COURT

_____
MAGISTRATE JUDGE C. CLIFFORD SHIRLEY

APPROVED FOR ENTRY:

PAINE, TARWATER, AND BICKERS, LLP

By: _____
Dwight E. Tarwater (BPR #007244)
John W. Elder (BPR #022775)
Daniel C. Headrick (BPR #026362)
900 South Gay Street
2200 First Tennessee Plaza
Knoxville, Tennessee 37929
(865) 525-0880
*Counsel for Electrolux Home Products, Inc.*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: Kenny Saffles   with permission by Daniel Headrick
Harry P. Ogden (BPR #004498)
Kenny L. Saffles (BPR #023870)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
*Counsel for Defendant Lowe's Home Improvement LLC*


LAW OFFICE OF WILLIAM J. TAYLOR

By: William Taylor   with permission by Daniel Headrick
William J. Taylor
244 North Peters Road
Suite 219
Knoxville, TN 37923
(865) 694-6155
*Counsel for Plaintiffs*