UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ROY J. JOHNSON, *ET AL* | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-142 |
| | ) | |
| ELECTROLUX HOME PRODUCTS, INC. | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 31, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion For Summary Judgment, [Doc. 73], be granted. No objections have been filed to this Report and Recommendation. After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 107], and that defendant's Motion For Summary Judgment, [Doc. 73], be **GRANTED**. As such, plaintiffs' claims are, therefore, **DISMISSED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE